IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN MOORE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 20-5138 |
| WUXI APPTEC INC., | : | |

## ORDER

AND NOW, this 15th day of December 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendant Wuxi Apptec, Inc. to transfer this action under 28 U.S.C. § 1404(a) to the United States District Court for the District of Minnesota is GRANTED; and

(2) The alternative motion of defendant Wuxi Apptec, Inc. to dismiss this action is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.